IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION


ALIM ABDURAHMAN,
JOHN ABEL,
LENA ABEL,
MONICA ADAIR ARGENT,
TAMARA ADAMS,
BRANDON ADAMS,
ASHRAS AHMADI,
WADHAH AL-HADDAD,
CLAUDIA ALLEN,
PAUL ALLEN,
JAMES ALLER,
PEGGY ALLER,
JIANPING ALLOCCA,
NICOLE ALVARADO,
GREGORY AMODEO,
ROBERT ANDERSON,
SHERRY ANDERSON,
DENNIS ANDREW,
LINDA G. ANDREWS,
TINA ANTLEY,
PAULINE APISITPAISAN,
GAURAV ARORA,
RAMON ARROYO,
JAMES E. ASHLEY, JR.,
BAKAL ASRAT,
ELIZABETH AVALAAN,
CHERYL AYCOCK,
JOANN K. BACHNER,
SHANNON BAILESS,
CHRISTOPHER BAILEY,
ANDY BAKER,
BRIAN BAKER,
CAROL BAKER,
GEORGE BAKER,
SUSAN BALLARD,
DAVID BALMER,
JEFF BARBER,
SCOTT BARNITT,
LINDA BARR,
EMMETT BATTEN,

SAMANTHA BEARD CURRY,
BRIAN BECKER,
ROY BECKER,
TONYA BECKER,
JOHN BECKNER, JR.,
GINA BEEBE,
KENNETH BELL,
ROBERT BELL,
PAMELA  BELL,
WHITNEY BENSON,
RAYMOND J. BERNERO,
JOHN BESSERER,
COLONEL BILLINGSLEY,
DANA BISHOP,
MICHAEL BIZIK,
THOMAS BJERS,
PETER BOMBIK,
SHARON BONNEAU,
VIRGINIA BONNELL,
ZESTANN BOOKER,
STEPHANIE BORN-NEWTON,
JORDAN BOSCH,
SHIRLEY BOURNE,
CARROL E. BOWEN,
JOSEPH BOWE,
JANICE BOWLES,
JEAN BOWMAN,
GRAY BOYCE,
RPBERT BRABO, II,
CHERYL A. BRADFORD,
MARIE BRADLEY,
OLIVIA BRADY,
PHYLLIS BRANCH,
NICOLE BRANDON,
JOHNNY W. BRANSON,
ELLIOTT ANDREW BRAY,
EDMUND P. BREITLING,
MARY ANN BRENDEL,
MICHELLE BRINDLE,
RICHARD BRINDLE,
STEVE BRINGHURST,
MELANIE BRINK,
EDWINA D. BRITT-CRABLE,
DANA BROADWAY,
BARBARA BROWN,
CHRISTINA L. BROWN,

DELORES BROWN,
JAMES A. BROWN,
MATTHEW BROWN,
MELANIE BROWN,
MELISSA BROWN,
NICOLE BROWN,
TONY BROWN,
PATRICK D. BRYAN,
BRIANNE BRYANT,
THOMAS J. BULLOCK,
BEVERLY W. BURKE,
JOYCE BURKE,
RICHARD BURKE,
MICHAEL BURNAM,
JOHN M. BURNETT,
DARLENE BURTON,
GRACE M. BUTLER,
SUZETTE BYRD,
JOSEPH CALABRETTA,
JAMES CALLIS,
CLARE CAMPBELL,
DOROTHY CAMPBELL,
SETH CAMPBELL,
STEVEN CAMPBELL,
WHITNEY CAMPBELL,
JOYCE CANTRELL,
PAUL CAPOZZOLI,
PHYLLIS CARIMI,
DALE F. CARLEO,
DENNIS CARLSON,
MARK CARLTON,
JAMES CARNEAL,
MICHAEL CARPENTER,
JOSE CARRASQUILLO,
LINDA CARY,
LEON CARY,
JEFFREY CASH,
ILONA CASTRO,
ROBERTO CASTRO,
WILLIAM CAVENDER,
JENNY CAVENDER,
SHANNON CHAIN,
DILIP CHAKRABORTY,
BAISHAKHY CHAKRABORTY,
ROGER CHELSEA,
PETER CHIAMARDAS,

MICHAEL CHRISTOPHER,
CHERENE CIMBALIST,
BENJAMIN CLARK,
DANIEL K. CLARK,
ELIZABETH CLARK,
LARRY CLEMENTS,
ROBBIN CLEMENTS,
KENDALL S. CLOETER,
JEREMY COBB,
QUEEN B. COBBS,
GARY COCUZZI,
JACK VICTOR COHEN,
JULIEANNA COLEMAN,
CLINTON COLLINS,
AMON R. COLLINS, JR.,
COLLIN CONNORS,
HAROLD CONNORS,
LOLANDA COOPER,
SHARON COOPER,
EILEEN CORBIN,
MICHAEL CORCORAN,
KRISTEN CORLEW,
GARY COVERSTON,
MARINA M. COX,
MOSES COX,
TAMMY COX,
JUSTIN CRONIN,
JILL CROWDER,
BELINDA CUBBAGE,
KELSEY CUBBAGE,
BESSIE CUFFEE,
DAN CUOMO,
BRENDA CURTIS,
ELVIS CYPRIANO,
STEPHANIE DAENZER,
RICHARD L. DAMEWOOD,
JON DANCE,
WILLIAM DANIEL,
BROOKE DAVIES,
ANGELA DAVIS,
JODY W. DAVIS,
MATTHEW DAVIS,
JASON DAWSON,
LAURIE DAWSON,
NELSON DAWSON,
PAUL DAWSON,

DESIREE DEAN,
ANTWAIN DEBERRY,
BLAIR DEEM,
JENNIFER DEGRAFF,
WILLIAM DEJOHN,
JOE DELGADO,
TOM DELPOZZO,
ANTHONY DEPAUL, JR.,
MICHAEL DESOUTO,
STACY DOBSON,
DAVID DOBSON,
SONYA DODSON,
DAVID DODSWORTH,
MASON DOERMANN,
YVONNE DOVER,
MINNIE DUNFORD,
SANDRA K. DUNTON,
CHRIS C. DUTTON,
DEBORAH EDGEFIELD,
PAMELA EDWARDS,
KASEY EIKE,
MIRIAH EISENMAN,
KATHY ELDRETH,
TIMOTHY ELLIOTT,
THOMAS ENGLISH,
KEITH EPPS,
CINDY FABER,
MASE FABER,
LUIS FALCON,
JOHN FARMER,
BRANDON FARRELL,
CHRIS D. FERGUSON,
FARANDA FERGUSON,
WANDA FERGUSON,
JUNE FERRARA,
MICHAEL FERTICH,
JAMES FICKLE,
SHIRLEY FICKLE,
JOSELYN FIELDS,
JODI FILIPEK,
BEVERLY FINTCH,
JENNIFER FLEURET,
SUSAN FOFI,
RANDALL FOFI,
LAURI FOUTZ,
TIMOTHY FOUTZ,

KATHLEEN FOWLER,
THOMAS ROBERT FRANCO,
GREG FRANK,
JOHN FRANKLIN,
RONALD FRASIER,
CATHLEEN FREIBURGER,
SHARON FRITH,
MICHAEL FRUITMAN,
ALICIA FUSCO,
ADLYN FUTRELL,
DOUGLAS FUTRELL,
GUILLERMO GALARZA,
ANTHONY GALLARDY,
IVAN GALLOWAY, JR.,
PETER GARTNER,
CYNTHIA GASTLEY,
SHEILA GAY,
JESSICA S. GEARHART,
JOHN WILLIAM GENTRY,
MARK GEORGE,
JOHN GILBERT,
DANIELLE KAY GILLELAND,
ANGELA GIONIS,
JACQUELINE GIOVANNELLI,
ADAM G. GOLDSMITH,
RICHARD GOULD,
TAMMY B. GRAHAM,
RAY GRAHAM,
CARRINE GRAHAM,
CHERYL GRAHAM,
ADAM GRAYBERG,
KAMERON GRAY-HAROLD,
LISA D. GREEN,
AYNDRIA GREEN,
THOMAS GRIECO,
ROBERT GRIMES,
DAVID GROSS,
JOE GROSS,
JESSICA GROVES,
MICHAEL GUILLAUME,
MEGAN GUILLAUME,
KELLI GUNTER,
LAUREN HAGY,
RICHARD HALL,
DOROTHY HALPIN,
PETE HALSETH,

DAVID HAMMOND,
RICHARD HAMNER,
STACY HARDY,
JIM HARNEY,
TERESA R. HAROLD,
AQUISI HARRIS,
ASHLEY HARRIS,
CHAD HARRIS,
ERVIN M. HARRIS,
MARY HARRIS,
WILLIAM HARRIS,
BRIANNA HARRISON,
PATRICIA S. HARRISON,
SHARON HARRISON,
JESSE HATHAWAY,
CLAUDIA HAVEKOST,
DAVID HAYNES,
LESLIE HEARN,
KATHLEEN HEDRICK,
ADAM HEIDEL,
TINY L. HENLEY,
AMBER HERNANDEZ,
ZACHACY HERRERA,
F. DALE HERRON,
TARENNE HERRON,
JENNIFER HESTER,
DEBBIE HETTERLY,
AMANDA HILL,
RONALD HILL,
CHRIS HILLAND,
VERON HINES,
SHIRLEY B. HINES,
VERNON HINSON,
TIMOTHY HINSON,
HEATHER HOBACK,
BRITTANY HOBAN,
DOMINGA HOBBS,
MARY HODGES,
CHRISTOPHER HOEHN,
JERRY HOLLEY,
KEISHA HOLLOWAY,
BRENDA HOLMES,
JAMES HOLMES, III,
TIMOTHY HOLROYD,
CHAD HOLSTON,
CHARLES HOOFNAGLE,

CANDI HOOVER,
CHARLIE HOPKINS,
MARCIA HORSTMAN,
RICHARD HOSKINS,
CODY HOWARD,
JESSICA HOWARD,
MAX HUBAND,
AUDREY HUBAND,
SUZANNE HUBBARD,
JOHN HUBBARD,
DAVID HUBER,
TEDDY HUDDLESTON,
AMY HUDSON,
HUBERT HUGHES,
DENNY HUNCHES,
LINNIE HUPE,
SHERRY HUTCHINS,
DEBORAH G. JACKSON,
MITCHELL JACKSON,
STANLEY JACKSON, SR.,
TRACY JACKSON,
JASON JAFFEUX,
BRUCE JAMES,
SALLY JAMES,
SANDY JAMES,
WALTER JEFFRIES, SR.,
RANDALL JNBAPTISTE,
EBORAH L. JOHNSON,
AUSTIN JOHNSON,
DAVID W. JOHNSON,
BILLY JONES,
CHARLIE JONES,
CHRISTINA JONES,
JOHN K. JONES,
PEYTON P.JONES,
WILBUR JONES,
PHILIP R. JUDSON,
NANCY JUNGERSON,
KENNETH JUNGERSON,
JENIFER JUSTICE,
TINA KADAS,
DAVID KADAS,
GREGORY KASHIN,
SRINIVAS KATEPALLI,
WILLIAM L. KEE,
VICTOR G. KEHLER,

TERESA L. KELLER,
SEAN KELLER,
VERONICA KELLY,
CHRISTOPHER KELLY,
NONA KELLY,
PATRICK KEOUGH,
MEE RAN KIM,
CARLTON KINARD,
DORIS E. KING,
KARL KING,
JOHN KIRBY,
VERNON KIRBY,
DIANA KITE,
EDWARD KIZER,
PATSY KIZER,
JOHN KNIGHT,
ANN KORKOLIS,
FRED KRAUER, JR.,
KIRSTEN KRAUER,
JEAN KUESTER,
KATHRYN KUYKENDOLL,
DANIEL KWITCHEN,
CHIN KWON,
JEANETTE LAMB,
DENNIS LAMB,
KAREN LAMB,
JAMES LAMBERT,
STEPHANIE LAMM,
KATHY LAMPERT,
ANDREW W. LANDER,
CODY LAUGHINGHOUSE,
DAVID LEATHERMAN,
BLAIRE S. LEE,
KENNETH LEE,
JENNIFER LEEMAN,
RONALD LEEMAN,
JERRY LERMAN,
CALVIN LEWIS,
HAYES LEWIS,
REGINA A. LEWIS,
ROY W. LEWIS,
KAREN LILLEY,
STEPHEN LILLEY,
LYLE LINDBERG,
ASHLEY LIPPOLIS-AVILES,
BILLY LLEWELLYN,

WILLIAM LOHMANN, JR.,
ROBIN LOVETT,
DAVID W. LOVING,
KEN LU,
MICHELE J. LUIS,
MELINDA LUMPKIN,
DIRK LYNCH,
GINGER LYNCH,
PATRICIA LYONS,
WILLIAM LYONS,
DINNE MACDONALD,
DWAYNE MADDOX,
SORAYA MAINS,
MELISSA MALONE,
THOMAS MALONE,
REGINA MANNING,
TERRANCE MANNING,
KIRAN MANTRALA,
ANDREA MARCHESE,
STANLEY MARCUS,
STEVE MARKOVITS,
KENNETH MARTIN,
RACHEL MARTIN,
REYNALDO MARTINEZ,
RALPH MARTINI,
CLETIOUS T. MASHBURN,
LAUREN MATSKO,
SHAWNA MATTOCKS,
LEO MAYNES,
PENNY MCCENEY,
STELLA MCCLAIN,
WILLIAM MCCLELLAN,
ROBERT MCCLELLAND,
SUSAN MCCLELLAND,
SUSAN MCFADDEN,
RICHARD MCGRUDER,
VICTORIA MCGRUDER,
DONALD MCINTIRE,
ANNE MCKENNA,
RACHEL MCKENZIE,
KENNETH MCKINNEY,
TERESA MCLAWHORN,
DAVID MEADOWS,
TOMMY MEDLEY,
RITA MEDLEY,
ROBERT MEEKER,

MICHAEL MEISTER,
KAREN MELLER,
CARMEN C. MERCADO,
ROBERT E. MICKLE,
EDMEE MIGUEZ-GERSTLE,
MICHAEL E. MILLER,
LISA MILLFORD,
MICHAEL MINTZ,
MARY MITCHELL,
MICHELLE MONROE,
CHRIS MOONEY,
GARY MOORE,
KAREN MOORE,
MELODY MORRIS,
SUZANNE S. MOWBRAY,
RAYMOND MUELLER,
PATRICK MULHERN,
DAVID MULLIGAN,
LAURENCE MULLIGAN,
MARY MULLIGAN,
BILLIE MUTTER,
MELISSA MUTTER,
KEVIN NEWSOME,
REVERDY NICHOLSON,
SUSAN NOON,
SARAH NOVAK,
RACHEL NOVERSA,
TODD NUNNALLY,
JONATHON O'BRIEN,
DARLENE O'DONNELL,
JAMES O'DONNELL,
PAUL O'KEEFE,
TIMOTHY O'MARA,
CAROLYN O'NEILL,
PAUL J. O'ROURKE,
BRIAN OSBORNE,
SARAH OSINSKI,
MALCOLM O'SULLIVAN,
JESSICA OUTER,
HERBERT C. OVERSTREET
CANDACE OWENS,
CHRISTOPHER PALAZIO,
LYNETTE PALMER-FORD,
ASHLEY D. PANNELL,
MATTHEW PARK,
TERRI PARKER,

MICAH PARMAN,
PRADIP PATEL,
BHAGVATI PATEL,
MUKESH PATEL,
SHREYA PATIL,
JOHN PATTIE,
JAMES PEARSALL, JR.,
DONNA PEARSON,
OREST PELECH,
CHRIS PENA,
ROY M. PENNINGTON, III,
THOMAS PEPE,
MARK PERRY,
KAREN PETERS,
JOHN PETERSON,
MARK PETERSON,
REBECCA PETRELLA,
SUSAN PETRIE,
ROBERT PETRUSKA,
CLAUDE PETTYJOHN,
CARL PIERCE,
JANET PIETROVITO,
DEBRA PINES,
LINDSEY POLI,
ANGELA POLINKO,
CARLTON POLLARD,
DAVID POORE, III,
ANTON POPOV,
LINDA M. PRATT,
JASON PRICE,
ROBERT PUAKEA,
SARA PULLEN,
SARHAN QURAISHI,
JAMES RADCLIFFE,
MELISSA RADCLIFFE,
SCOTT RAMSEY,
JACQUELINE RANDOLPH,
MICHAEL RANGER,
NANCY RANSOME,
SHERI REESE,
SHELLIE RENZ,
MATTHEW D. REVELLE,
STEPHEN RIBBLE,
LARRY RICE,
ANITA RICE,
RICHARD RICHARDSON,

CARI RICHARDSON,
MICHAEL RICHEY,
SARAH RICHEY,
MARVIN RIDDICK,
DANNY RIDDLE,
JENNIFER RIGGER,
WAYNE RILEY,
TAMRIA S. RISHER,
DANIEL ROBERTS,
MARY ROBERTS,
SUSAN ROBERTS,
GAYE ROBERTSON,
SKYLER ROBEY,
ANNIE ROBINSON,
ANTONIO ROBINSON,
KEVIN ROBINSON,
PAMELA ROBINSON,
ROCKY ROCKBURN,
DARYL ROOTS,
COLETTE ROOTS,
GREGG ROSENBERG,
ERIC ROTHMAN,
BRIAN ROWE,
VIRGINIA A. ROWEN,
JULIET ROWLAND,
PAUL ROY,
RONALD RUCKER,
ROBERT RUFFNER,
JILL RUFFNER,
DAVID RUFFNER, JR.,
KRISTYN RUZICKA,
JENNIFER RYAN,
STEPHEN RYAN,
JOSEPH SALAZAR,
RACIN SAM,
GEORGE SANCHEZ,
BONNIE SANDAHL,
GARY SARKOZI,
JEFF SAUNDERS,
JEANNETTE SCHAAR,
AILEEN L. SCHMIDT,
EDWARD SCHNITTGER,
LINDA RUTH SCOTT,
GWEN SEAL,
AMY SEAY,
ANTHONY SELB,

DELMAR N. SELDEN,
LYNN SETTLE,
RICHARD SEYMANN,
SHARON SGAVICCHIO,
SHA'NESHA SHARPE,
ROBERT L. SHELLHOUSE,
GARY SHELOR,
STEPHANIE SHELOR,
BRENDA SHIFFLETT,
MICHELLE SHIFFLETT,
NINA SIBERT,
DAVID SILVERNALE,
JESSICA SIMONS,
MARY SINGHAS,
RANDALL SINGHAS,
DONALD SKINNER,
RICHARD E. SMITH,
SUZANNE SMITH,
CYNTHIA L. SNYDER,
MANDY SNYDER,
HOWARD SNYKER,
WESLEY SONGER,
JOHN SORESE,
RAYMOND M. SOUZA,
SHELLIE S. SPADARO,
TONY L. SPARKS,
LINDA SPRADLIN,
SUSAN STANDRIDGE,
NANETTE STANLEY,
JONATHAN STARKS,
EUGENIA STARNES,
REBECCA STECK,
GARY STECK,
ANDREW STEELEY,
SARA STEVENS,
CAROLYN RENEE STEVENS,
SASHA STITT,
TIM STOESSEL,
CHEVON D. STOKES,
EDWARD STOKES,
NATHAN STONE,
YOLANDA SULLIVAN,
DENNIS SUMLIN,
JOHNNIE SUMLIN,
JOHN SUTOR,
WANDA SUTPHIN,

STELLA TANG,
ANDREW TAYLOR,
ANN TAYLOR,
KIMBERLY TAYLOR,
FREDDY TELLERIA,
MATTHEW TENGS,
JOHN THACKER,
CANDACE TILLAGE,
CHRISTOPHER TOKAR,
SUSIE TORTOLANI,
MARY TRAINOR,
ADELINE TROTTER,
PEGGY TSACLAS,
RUFUS TUNSTALL,
JAMES TURNER,
ROBERT TURNER,
LUCILLE TYLER,
TRAVIS TYSINGER,
JOHN TYSON,
CYNTHIA UTLEY,
CARRIE VAN HOOK,
DENISE VANGELOS,
MILCA VARGAS,
ROBERT VARNER,
MARY VAUGHAN,
ROBENA D. VAUGHAN,
KELLY VERHAM,
KIMBERLY VEST,
CAROL VIERGUTZ,
MARY ANN VILLIES,
WALLACE VINGELIS,
MARVIN WADE,
SANDRA WADE,
SCOTT WAGGONER,
TERESA WAGGONER,
MAGI WAGNER,
JANE WALLACE,
STACY WALLER,
SHERYL WALTERS,
GARY WALTON,
KIMBERLY WARD,
CATHERINE WATERS,
BERNARD WATTS,
SCOTT WEBB,
MICHAEL WEBB,
MELISSA WEBSTER,

SHARON WELLS,
STEPHANY G. WHIPPLE,
SARAH WHITLOCK,
ROBERT T. WIENER,
CHRISTOPHER M. WILCHER,
DAVID WILD,
CHRISTINA WILLIAMS,
GINER WILLIAMS,
GEORGE WILLIAMS,
DAGNY WILLS,
GARY WILLS,
DR. SARAH WILMER,
LESLIE WILSON,
ROBIN WILSON,
THOMAS WINSTON,
CHARLES WISER,
SHARON WISER,
SARA WOLLMACHER,
MIKE WOO,
WAYNE H. WOOD,
WAYNE WOODHAMS,
STACEY T. WOODS,
ARTHUR WRIGHT,
THOMAS WRIGHT,
DAVID WYCKOFF,
GINO YANNOTTI,
JAMIE YOUNG,
JONG YUN,
RINGO YUNG,
ATEF ZAYD,
ANGELA R. ZIMMERMAN,

                    Plaintiffs,

v.

HYUNDAI MOTOR AMERICA, INC.,
ALEXANDRIA HYUNDAI, LLC,
MILLER AUTO SALES, INC.,
CRAFT AUTOMOTIVE, INC.,
BROWN'S LEESBURG HYUNDAI, LLC,
BROWN'S MANASSAS HYUNDAI, LLC,
CHECKERED FLAG IMPORTS, INC.,
CHECKERED FLAG STORE #6, LLC,
DUNCAN IMPORTS, INC.,
FAIRFAX HYUNDAI, INC.,
FIRST TEAM, INC.,

GATEWAY HYUNDAI, INC.,
HALL AUTOMOTIVE GROUP, INC.,
HALL HYUNDAI NEWPORT NEWS, LLC,
HALL HYUNDAI, LLC,
HARRISONBURG AUTO MALL, LLC,
LURAY AUTO MALL, INC.,
PRICE HYUNDAI CORP.,
MALLOY HYUNDAI,
PEARSON IMPORTS INC.,
CAVALIER HYUNDAI, INC.,
POHANKA AUTO CENTER, INC.,
PRIORITY GREENBRIER AUTOMOTIVE,
INC.,
PRIORITY IMPORTS NEWPORT NEWS,
INC.,
TYSINGER MOTOR COMPANY, INC.,
WBM, INC. d/b/a WEST BROAD
HYUNDAI,
JAMES CITY COUNTY ASSOCIATES,
INC.,
ROBERT WOODALL CHEVROLET, INC.,
WRIGHT WAY AUTOMOTIVE, INC.,

Defendants

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Hyundai Motor America ("Hyundai") hereby removed this action from the Circuit Court of the City of Roanoke to the United States District Court for the Western District of Virginia, and in support thereof, respectfully shows the Court as follows:

## STATEMENT OF THE CASE

1.     On December 18, 2013, 715 plaintiffs brought an action regarding their purchases of 2011-2013 Hyundai Elantras.  (Complaint, ¶ 3).  Plaintiffs "anticipate[] that several thousand more Virginia buyers will be making claims in this case."  (*Id.*)  They allege that "[t]he claim of each individual plaintiff involves common questions of law or fact and arise out of the same transaction, occurrence, or series of transactions or occurrences; the common questions of law or fact predominate and are significant to the actions;" and that the actions should proceed as one, under the Virginia Multiple Claimant Litigant Act, Va. Code § 8.01-267.1.  (*Id.* ¶ 2).

2.     Plaintiffs bring claims based on three statutes, the Virginia Motor Vehicle Warranty Enforcement Act, Va. Code § 59.1-207.9 *et seq.*, the Virginia Consumer Protection Act, Va. Code § 59.1-196 *et seq.*, and Va. Code § 18.2-216 *et seq.*  Their claims are based on allegations that "Hyundai never performed highway miles-per gallon testing on the stock production model of 2011-2013 Elantras," and that it "aggressively advertised that the vehicle would deliver 40 MPG on the highway without even testing whether it would or not."  (Compl., ¶ 6).  Plaintiffs further claim that "Hyundai and its Virginia defendant dealerships misrepresented that the 2011-2013 Elantra obtained 40 or 38 highway miles-per gallon,"  (*id.* ¶ 16(A)), and that "Hyundai cannot conform its vehicle to the mileage warranty it made."  (*Id.* ¶ 11).

3.      Plaintiffs seek "the full purchase price of [their] vehicle[s], including all collateral charges and incidental damages . . ., treble damages . . ., statutory damages . . ., plus reasonable attorney's fees in the amount of $350 per hour, or one third of any amount recovered, whichever is greater, plus expert witness fees, and court costs." (*Id.* ¶¶ 8, 17, 18, 20, Prayer for Relief).

4.      On August 14, 2013, a putative class action, captioned *Gentry et al. v. Hyundai Motor America*, Case No. 3:13-cv-00030, ("*Gentry*"), was filed in this Court. The five named plaintiffs in *Gentry* are among the 715 plaintiffs who filed the present lawsuit being removed to this Court. The Amended complaint in *Gentry*, which was filed October 14, 2013, is attached as Exhibit 1. The remaining plaintiffs in this action are members of the putative class in *Gentry*. (*See* Exh. 1, at ¶¶ 18, 20, 29, 34). By Order of this Court, *Gentry* is currently stayed.

5.      Hyundai is now removing this action to the United States District Court for the Western District of Virginia. The Complaint filed in the Circuit Court of the City of Roanoke is removable under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d)(11), and 1453(b). Hyundai has satisfied all the procedural requirements of 28 U.S.C. § 1446 and hereby removed this action to the United States District Court for the Western District of Virginia pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453.

**THE REQUIREMENTS FOR REMOVAL UNDER CAFA ARE SATISFIED**

6.      Federal subject matter jurisdiction is proper under the Class Action Fairness Act ("CAFA"). CAFA fundamentally changed the legal standards governing removal jurisdiction for actions with multiple plaintiffs ("mass actions") and class actions. Congress explicitly stated that CAFA's "provisions should be read broadly, with a strong preference that interstate actions should be heard in a federal court," on the grounds that the state courts were not adequately protecting defendants against abuses in mass actions. S. Rep. No. 109-14, at 43, 53-54 (2005). Rather than emphasizing a strict constructionist view of the statute against removal jurisdiction,

Congress instructed district courts to "err in favor of exercising jurisdiction." *Id.* at 42-43. As shown below, this action satisfies the requirements for diversity jurisdiction under CAFA, 28 U.S.C. § 1332(d).

       7.     **Mass Action.** Plaintiffs have styled this lawsuit, which is a repetition of *Gentry*, as a "mass action" as defined by 28 U.S.C. § 1332(d)(11)(B)(i). CAFA defines a "mass action" as a "civil action . . . in which monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that the plaintiffs' claims involve common questions of law or fact." *Id.* There are 715 plaintiffs currently in this action. (Compl., Preamble, ¶ 3). Plaintiffs have brought their complaint "pursuant to the Virginia Multiple Claimant Litigation Act, VA Code § 8.01-267.1 *et seq.*," and allege that "[t]he claim of each individual plaintiff involves common questions of law or fact and arise out of the same transaction, occurrence, or series of transactions or occurrences; the common questions of law or fact predominate and are significant to the actions." (*Id.* ¶ 1). Pursuant to the Virginia Multiple Claimant Litigation Act, the court may order a "trial by jury with respect to any or all common questions at issue in the actions," "[c]onsolidation of the actions," Va. Code § 8.01-267.3, and "appoint counsel to have lead responsibility for certain matters [and] allocate costs and fees to separate issues into common questions that require treatment on a consolidated basis." *Id.* § 8.01-267.1. The goal of this Act is to "avoid unnecessary costs, duplicative litigation or delay and to assure fair and efficient conduct and resolution of the litigation." *Id.*

       8.     In a filing with the Judicial Panel on Multidistrict Litigation, plaintiffs' counsel conceded this is a mass action removable to federal court pursuant to CAFA. *In re Hyundai & Kia Fuel Economy Litig.*, MDL No. 2424, Dkt. No. 122 ¶ 9 (J.P.M.L. Dec. 24, 2013) ("By

statute, [the *Abdurahman*] mass action may be removed to federal court for the Western District of Virginia . . . .").

9.      ***Number of Plaintiffs.***   CAFA provides for federal diversity jurisdiction if there are at least 100 persons making claims in this proceeding.  28 U.S.C. §§ 1332(d)(11)(B)(i). Here, the caption and the first paragraph of the Complaint list 715 plaintiffs.

10.     ***Class Action.***   Under 28 U.S.C. § 1332(d)(11)(A), "for purposes of [28 U.S.C. § 1332] and section 1453, a mass action shall be deemed to be a class action removable under paragraphs (2) through (10)" of 28 U.S.C. § 1332(d).  Thus, any parts of CAFA that describe requirements for a class action are applicable to the present lawsuit.[1]

11.     ***Diversity of Citizenship.***   At the time this lawsuit was filed and as of the date of this notice, defendant Hyundai was and is a California corporation headquartered in California, with its principal place of business in Costa Mesa, California.  (Declaration of Lien Nguyen ("Nguyen Decl."), ¶ 3).  At the time of the filing of this action, it is believed that most or all of the named plaintiffs were residents and citizens of Virginia.  (*See* Compl., ¶ 3).  Additionally, according to the complaint in *Gentry*, all five named plaintiffs from that action who are also plaintiffs in this lawsuit are residents of Virginia.  "Plaintiff John William Gentry is a resident of Afton in Nelson County, Virginia."  (Exh. 1, ¶ 6).  Plaintiff Linda Ruth Scott "is a native of Christiansburg and a 45-year resident of Roanoke."  (*Id.* ¶ 14).  "Danielle Kay Gilleland is a citizen of Virginia residing in Blacksburg, Virginia."  (*Id.* ¶ 15).  "Joseph Bowe is a . . . native of Danville, Virginia" and is currently living there.  (*Id.* ¶ 16).  Michael DeSouto lives in Salem, Virginia.  (*Id.* ¶ 17).  Therefore, there are plaintiffs in this lawsuit who are "citizen[s] of a State

---

[1]   By virtue of the identity between this lawsuit and *Gentry*, this lawsuit is also a class action.

different from any defendant," namely Hyundai, 28 U.S.C. § 1332(d)(2)(A), and the minimal diversity requirement of CAFA is met.

      12.    ***At Least One Plaintiff Is Claiming More Than $75,000 In Controversy.***  CAFA provides for federal diversity jurisdiction over mass actions if at least one plaintiff's claims exceed $75,000.  28 U.S.C. § 1332(d)(11)(B)(i).  This requirement is easily met by the allegations in the Complaint.  Hyundai's records show that named plaintiffs Jeffrey Barber and Rufus Tunstall each purchased two 2013 Elantra Limited with the Technology package. (Nguyen Decl., ¶¶ 7, 8).  The MSRP, including freight, for such vehicles was $24,260.00.  (*Id.* ¶ 7).  The dealer cost, sometimes referred to as the "dealer's invoice" for the 2013 Elantra Limited with Technology package is $23,152.  (*Id.*)  As recognized by reputable third-parties in the automotive industry, "dealer's invoice" provides a useful guide for the likely lowest actual sales price for a new car.[2]  Thus, assuming the Elantra purchases of plaintiffs Barber and Tunstall were at "dealer's invoice" they totaled at least $46,304.00, as they bought two vehicles each. (*Id.* ¶¶ 7, 8).  Given plaintiffs' request for treble damages, each of these plaintiffs is claiming at least $138,912.00, which is well above the $75,000 jurisdictional requirement.  Additionally, plaintiff Danielle Kay Gilleland, who is one of the plaintiffs in the *Gentry* action alleges that she purchased her vehicle for $19,358.29.  (Exh. 1, at ¶ 15).  With treble damages, this claim rises to $58,074.87.  All these amounts are increased even further by plaintiffs' claims for statutory

---

      [2]  *See, e.g.*, *Kelly Blue Book*, 10 Steps To Buying A New Car:  Step 5:  Know When The Price Is Right, http://www.kbb.com/car-advice/car-buying/step-5-know-when-the-price-is-right/?r=323416770526221440 (last visited Jan. 8, 2014) ("Probably the most helpful thing about obtaining the dealer's invoice price is to help determine the lowest level a dealer can go and still make a gross profit on the sale.  Dealer invoice is the dealer's cost for the vehicle only and doesn't include any of the dealer's costs for advertising, selling, preparing, displaying or financing the vehicle. . . . . [T]he average dealer mark-up over invoice cost on most high-volume vehicles is less than 10 percent.").

damages, incidental damages, attorneys' fees, and expert witness fees. As a result, the $75,000 requirement is met in this lawsuit.

13.     ***Amount in Controversy***.  The amount in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, thereby satisfying the amount in controversy requirement of 28 U.S.C. § 1332(d)(2).  The Complaint seeks relief that includes:

- "return of the motor vehicle[s] and refund to the consumer[s of] the full contact price" (Compl. ¶¶ 8, Prayer for relief);

- damages (*id.* ¶¶ 20, Prayer for relief);

- "damages to an amount not exceeding three time the actual damages sustained" (treble damages) (*id.* ¶¶ 17, 18, Prayer for relief);

- statutory damages (*id.*);

- "incidental damages"  (*id.* ¶¶ 8, Prayer for relief);

- "attorney's fees" at $350 an hour (*id.* ¶¶ 8, Prayer for relief);

- "expert witness fees" (*id.*); and

- "costs" (*id.*).

Aggregation of these potential remedies brings this matter within the purview of CAFA, as explained below.

14.     Under CAFA, the amount in controversy is determined by aggregating the claims of all individual plaintiffs in a mass action. 28 U.S.C. § 1332(d)(6).  Plaintiffs claim they each bought a 2011-2013 Hyundai Elantra.  These vehicles have Manufacturer's Suggested Retail Prices, including freight, ("MSRP") that range from $15,665.00 to $25,440.00. (Nguyen Decl., ¶ 6).  The average of these MSRPs is $19,421.72. (*Id.*)

15.     Thus, plaintiff's demand for a refund of the contract price of these vehicles is estimated at $13,886,529.80, which represents the number of plaintiffs multiplied by the average MSRP of the 2011-2013 Hyundai Elantra, (715*19,421.72); well above the $5,000,000 aggregate amount in controversy requirement.  In fact, even if each of the 715 plaintiffs bought his or her vehicle at the initial base MSRP for the 2011 Elantra, which would mean that they each took the Elantra with the least number of options, the total amount in controversy would be at least $11,200,475.00, (715*15,665).

16.     Plaintiffs' claim for treble damages, (Compl., ¶¶ 17, 18, Prayer for relief), brings this aggregate amount in controversy to $41,659,589.40, based on the average MSRP for the 2011-2013 Elantra.

17.     Other elements of plaintiffs' claims for damages also demonstrate that the total aggregate amount in controversy in this lawsuit is greater than $5,000,000.  For example, plaintiffs' demand for statutory damages under the Virginia Consumer Protection Act is for at least $1000 per plaintiff, which totals a minimum of $715,000.  When added to the amount in controversy for plaintiffs' request for a refund, the aggregate amount in controversy exceeds $5,000,000.

18.     Finally, the amount in controversy from plaintiffs' other requests for relief, including "damages," incidental damages, attorney's fees, expert witness fees, and costs all ensure that the aggregate amount in controversy exceeds $5,000,000.  As a result, this Court has jurisdiction under CAFA.

19.     **Timeliness.**  This removal notice is timely filed, as required by 28 U.S.C. § 1446(b).  Hyundai was served with the Complaint on December 20, 2013, and files this notice within thirty days of the date of service.

20.    ***Exceptions Do Not Apply.***  The exceptions to removal under 28 U.S.C. §§ 1332(d) and 1453(d) do not apply.  Even though all plaintiffs in this lawsuit purport to be citizens of Virginia, there is no cognizable claim that "*all* of the claims in the action arise from an event or occurrence in" Virginia.  28 U.S.C. § 1332(d)(11)(B)(ii)(I).  The Complaint alleges that "the beginning of a false, deceptive warranty and advertising campaign for the Hyundai Elantra" took place at the 2010 Los Angeles Auto Show, in California.  (Compl., ¶ 5; *see also id.* ¶ 12 (discussing 2012 Los Angeles Auto Show)).  Hyundai's marketing efforts for the Hyundai Elantra were not limited to Virginia; they were nationwide.  (Nguyen Decl., ¶ 9).  Additionally, Hyundai is a California corporation, headquartered in Costa Mesa, California, which is where its marketing department and management are based, (*id.* ¶¶ 3, 4), so other events relating to plaintiffs' allegations concerning marketing took place in California.  Finally, plaintiffs' allegations refer to the fuel-economy testing of the Hyundai Elantra.  (Compl., ¶¶ 6, 16).  The fuel economy testing for the original Environmental Protection Agency fuel economy estimates for the 2011-2013 Hyundai Elantra vehicles took place in South Korea.  (Nguyen Decl., ¶ 10).  Accordingly, this Court has diversity jurisdiction over this lawsuit pursuant to CAFA.

## THE OTHER PROCEDURAL REQUISITES FOR REMOVAL ARE SATISFIED

21.    Hyundai has complied with 28 U.S.C. §§ 1446(a) & (d).  Under 28 U.S.C. § 1446(a), a true and correct copy of all the process, pleadings, or orders on file in the state court or served upon Hyundai are attached as Exhibit 2.[3]  Pursuant to 28 U.S.C. § 1446(d), a notice of filing of removal, with a copy of this notice of removal attached, has been filed with the clerk of the Circuit Court of the City of Roanoke, Case No. 13002680, and Hyundai has served a notice

---

[3]    Exhibit 2 does not contain copies of two discs filed by plaintiffs because the state court clerk's office requires an order to permit copies of electronic documents to be made.  Hyundai will supplement the record once copies of those discs are available.

of filing of removal, with a copy of the notice of removal attached, on plaintiffs' attorneys. Copies of the notice and the proof of service of the notice to plaintiffs and the Circuit Court of the City of Roanoke are attached as Exhibit 3.  (Exhibit A to Exhibit 3, which is a copy of this notice, is not attached for the Court's convenience but will be provided by Hyundai upon request.)

## <u>CONCLUSION</u>

By this notice, Hyundai does not waive any objections it may have as to improper service, jurisdiction or venue, or any other defense or objections to this lawsuit.  Hyundai intends no admission of fact, law, or liability by this notice, and reserves all defenses, motions, and pleas.  Hyundai prays that this action be removed to this Court; that all further proceedings in the state court be stayed; and that Hyundai obtain all additional  relief to which it is entitled.

Dated:  January 9, 2014                     Respectfully submitted,

<u>s/ James F. Neale</u>
James F. Neale, Esq.
State Bar Number 43060
Attorney for Defendant Hyundai Motor America
McGuireWoods LLP
310 Fourth Street N.E.
Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
jneale@mcguirewoods.com

Shon Morgan
(To Apply *Pro Hac Vice*)
Joseph R. Ashby
(To Apply *Pro Hac Vice*)
Attorneys for Defendant Hyundai Motor America
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
shonmorgan@quinnemanuel.com
josephashby@quinnemanuel.com

Karin Kramer
(To Apply *Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
karinkramer@quinnemanuel.com

## CERTIFICATE OF SERVICE

I certify that on January 9, 2014, I electronically filed a notice of removal, Exhibits 1-3 and Declaration of Lien Nguyen with the Clerk of the Court using the CM/EF system and sent by electronic means the "Notice of Electronic Filing" associated with the filing to the following counsel:

James F. Neale, Esquire
VSB No. 43060
McGuireWoods LLP
310 Fourth Street N.E., Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
jneale@mcguirewoods.com
Attorney for Defendants Alexandria Hyundai, LLC, Miller Auto Sales, Inc., Brown's Leesburg Hyundai, LLC, First Team, Inc., Brown's Manassas Hyundai, LLC, Cavalier Hyundai, Inc., Duncan Imports, Inc., Gateway Hyundai, Inc. Hall Automotive Group, Inc., Hall Hyundai Newport News, LLC., Hall Hyundai, LLC, Price Hyundai Corp, Priority Greenbrier Automotive, Inc., Priority Imports Newport News, Inc., Robert Woodall Chevrolet, Inc., WBM, Inc. d/b/a West Broad Hyundai, Wright Way Automotive, Inc.


Shon Morgan
(To Apply *Pro Hac Vice*)
Joseph R. Ashby
(To Apply *Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
shonmorgan@quinnemanuel.com
josephashby@quinnemanuel.com
Attorney for Defendants Alexandria Hyundai, LLC, Miller Auto Sales, Inc., Brown's Leesburg Hyundai, LLC, First Team, Inc., Brown's Manassas Hyundai, LLC, Cavalier Hyundai, Inc., Duncan Imports, Inc., Gateway Hyundai, Inc. Hall Automotive Group, Inc., Hall Hyundai Newport News, LLC., Hall Hyundai, LLC, Price Hyundai Corp, Priority Greenbrier Automotive, Inc., Priority Imports Newport News, Inc., Robert Woodall Chevrolet, Inc., WBM, Inc. d/b/a West Broad Hyundai, Wright Way Automotive, Inc.

Karin Kramer
(To Apply *Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
karinkramer@quinnemanuel.com
Attorney for Defendants Alexandria Hyundai, LLC, Miller Auto Sales, Inc.,  Brown's Leesburg
Hyundai, LLC, First Team, Inc.,  Brown's Manassas Hyundai, LLC, Cavalier Hyundai, Inc.,
Duncan Imports, Inc., Gateway Hyundai, Inc. Hall Automotive Group, Inc., Hall Hyundai
Newport News, LLC., Hall Hyundai, LLC, Price Hyundai Corp, Priority Greenbrier Automotive,
Inc., Priority Imports Newport News, Inc., Robert Woodall Chevrolet, Inc., WBM, Inc. d/b/a
West Broad Hyundai, Wright Way Automotive, Inc.

## CERTIFICATE OF SERVICE

I further certify that on January 9, 2014, the notice of removal, Exhibits 1-3, Declaration

of Lien Nguyen, and this Certificate of Service were served by First Class Mail on the following

parties:

James B. Feinman
Attorney for Plaintiffs
James B. Feinman & Associates
P.O. Box. 697
1003 Church Street, 2nd Floor
Lynchburg, Virginia 24505
Telephone: (434) 846-7603
Facsimile: (434) 846-0158
jb@jfeinman.com

Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451
Registered Agent for Defendant Checkered Flag Imports, Inc.

Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451
Registered Agent for Defendant Checkered Flag Store, #6, LLC

Billy P. Craft
3914 Old Forest Road
Lynchburg, VA 24501
Registered Agent for Defendant Craft Automotive, Inc.


Gary W. Lonergan
11 5 Oronoco Street
Alexandria, VA 22314
Registered Agent for Defendant Fairfax Hyundai, Inc.


Mark B. Callahan
92 N. Liberty Street
Harrisonburg, VA 22802
Registered Agent for Defendant Harrisonburg Auto Mall, LLC.


Mark B. Callahan
92 N. Liberty Street
Harrisonburg, VA 22802
Registered Agent for Defendant Luray Auto Mall, Inc.



G. Donald Markle, Esq.
4010 University Drive, Suite 200
Fairfax, VA 22030
Registered Agent for Defendant Malloy Hyundai


Donna Wooten
9530 Midlothian Turnpike
Richmond, VA 23235
Registered Agent for Defendant Pearson Imports, Inc.


Robert McKew
13909 Lee Jackson Memorial Highway
Chantilly, VA 20151
Registered Agent for Defendant Pohanka Auto Center, Inc.


Gregory S. Larsen
109A Wimbledon Square
Chesapeake, VA 23320
Registered Agent for Defendant Tysinger Motor Company, Inc.


John E. Dodson
7101 Richmond Road
Williamsburg, VA 23188
Registered Agent for Defendant James City County Associates, Inc.


-3-

*s/ James F. Neale*
James F. Neale, Esq.
VSB No. 43060
McGuireWoods LLP
310 Fourth Street N.E., Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
jneale@mcguirewoods.com

*Attorney for Defendants Alexandria Hyundai, LLC, Miller Auto Sales, Inc., Brown's Leesburg Hyundai, LLC, First Team, Inc., Brown's Manassas Hyundai, LLC, Cavalier Hyundai, Inc., Duncan Imports, Inc., Gateway Hyundai, Inc. Hall Automotive Group, Inc., Hall Hyundai Newport News, LLC., Hall Hyundai, LLC, Price Hyundai Corp, Priority Greenbrier Automotive, Inc., Priority Imports Newport News, Inc., Robert Woodall Chevrolet, Inc., WBM, Inc. d/b/a West Broad Hyundai, Wright Way Automotive, Inc.*

-4-